# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEPHANIE ARMOUR,** | |
| *Plaintiff*, | |
| **v.** | Civil Action No. _____ |
| **DOW JONES & COMPANY, INC.,** | |
| *Defendant*. | |

## DECLARATION OF KEVIN G. CHAPMAN

Kevin G. Chapman, the declarant, declares and states, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am over the age of eighteen (18) years and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, and they are all true and correct.

2.     I am employed by Dow Jones & Company, Inc. ("Dow Jones") in the position of Associate General Counsel.

3.     At all times since this case was filed on July 9, 2024, Dow Jones has been incorporated in Delaware and has maintained its principal place of business and corporate headquarters in New York City, New York.

4.     At the time of Stephanie Armour's termination, she was earning an annual salary of $202,620.60.

I am executing this declaration within the United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed:  August 6, 2024.

_____
Kevin G. Chapman