UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE ARMOUR, | |
| Plaintiff, | Civil Action No. 24-2309 (BAH) |
| v. | The Hon. Judge Beryl A. Howell |
| DOW JONES & COMPANY, INC. | |
| Defendant. | |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO
JOIN DAMIAN PALETTA AND JANET ADAMY
UNDER FRCP 20 AND FOR REMAND

Pursuant to Federal Rule of Civil Procedure 20 and 28 U.S.C. § 1447(e), the Court having considered the circumstances of this case, as well as the Plaintiff's Motion to Join Mr. Damian Paletta and Ms. Janet Adamy Under FRCP 20 and for Remand, it is HEREBY ORDERED that:

1. Plaintiff's Motion to Join Mr. Damian Paletta and Ms. Janet Adamy Under FRCP 20 and for Remand **GRANTED**.

2. Mr. Damian Paletta and Ms. Janet Adamy are hereby joined in this action under Federal Rule of Civil Federal Rule of Civil Procedure 20.

3. Pursuant to 28 U.S.C. § 1447(e), having joined a nondiverse party, this case is remanded to DC Superior Court.

4. Plaintiff is ordered file an Amended Complaint naming as defendants Mr. Paletta and Ms. Adamy within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: [DATE]

_____

Judge Beryl A. Howell