# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE ARMOUR,<br><br>*Plaintiff*,<br><br>v.<br><br>DOW JONES & COMPANY, INC.,<br><br>*Defendant*. | Civil Action No. 1:24-cv-02309 |

## [PROPOSED] ORDER ON JOINT MOTION TO STAY DEFENDANT'S ANSWER DEADLINE

Having considered the Parties' Joint Motion to Stay Defendant's Answer Deadline, the Motion is hereby **GRANTED**. Accordingly, it is hereby,

**ORDERED**, that the Defendant's deadline to answer or otherwise respond to Plaintiff's original Complaint is **STAYED** until ten (10) days after a ruling on Plaintiff's Motion to Join and Remand has been issued.

**SO ORDERED** this _____ day of _____ 2024.

                                                                                                 _____

                                                                                                  Hon. Beryl A. Howell
                                                                                                  Judge, U.S. District Court